**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**RANDY A. HART,**

     **Plaintiff,**

**v.**                               **Case No. 3:26-cv-3850-AW-ZCB**

**SECRETARY DEPARTMENT
OF CORRECTIONS, et al.,**

     **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff is a three-striker. The magistrate judge recommends dismissal because Plaintiff has not paid the filing fee and has not plausibly alleged any imminent risk of serious physical injury. ECF No. 8. Plaintiff has not filed any objection.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g)." The clerk will then close the file.

SO ORDERED on June 22, 2026.

s/ *Allen Winsor*_____
Chief United States District Judge